1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PORTER

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR-07-70081 PVT
11                                  )
              Plaintiff,            )   STIPULATION, WAIVER AND
12                                  )   [PROPOSED] ORDER CONTINUING
   vs.                              )   PRELIMINARY HEARING AND
13                                  )   EXCLUDING TIME FOR INDICTMENT
   JOKAELLE PORTER,                 )
14                                  )
              Defendant.            )
15 _____)

16                       **STIPULATION AND WAIVER**

17        The parties hereby stipulate and agree that the date of March 1, 2007 currently set for

18 preliminary hearing and/or arraignment may be continued for two weeks to March 15, 2007, at

19 9:30 a.m. Mr. Porter, by his signature below, further consents to extend by two weeks the time

20 for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.  The purpose

21 of the requested continuance is to permit the defense to investigate Mr. Porter's prior record and

22 to facilitate the parties' efforts to reach a pre-indictment resolution.  The parties further agree that

23 the intervening two weeks may be excluded from the time within which an indictment shall be

24 filed, as the reasonable time necessary for effective defense preparation under 18 U.S.C.

25 §3161(h)(8)(A) and (B)(iv).

26

Stipulation and [Proposed] Order Continuing
Hearing                                           1

Dated: February 22, 2007

                                s/_____
                                CYNTHIA C. LIE
                                Assistant Federal Public Defender

Dated: February 22, 2007

                                s/_____
                                JOKAELLE PORTER
                                Defendant

Dated: February 23, 2007

                                s/_____
                                THOMAS M. O'CONNELL
                                Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date set for preliminary hearing and/or arraignment in the above-captioned matter shall be continued from Thursday, March 1, 2007 to Thursday, March 15, 2007 at 9:30 a.m.

It is further ordered that 14 days shall be excluded from the time within which an indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: February ___, 2007

                                _____
                                PATRICIA V. TRUMBULL
                                United States Magistrate Judge