1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PORTER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-70081 PVT
                                       )
12              Plaintiff,             )    STIPULATION, WAIVER AND
                                       )    [PROPOSED] ORDER CONTINUING
    vs.                                )    PRELIMINARY HEARING AND
13                                     )    EXCLUDING TIME FOR INDICTMENT
    JOKAELLE PORTER,                   )
14                                     )
                Defendant.             )
15  _____)

16                      **STIPULATION AND WAIVER**

17        The parties hereby stipulate and agree that the date of March 15, 2007 currently set for

18  preliminary hearing and/or arraignment may be continued for three weeks to April 5, 2007, at

19  9:30 a.m. Mr. Porter, by his signature below, further consents to extend by two weeks the time

20  for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.  The purpose

21  of the requested continuance is to permit the defense to continue its investigation into the

22  circumstances of the alleged offense and to facilitate the parties' efforts to reach a pre-indictment

23  resolution.  The parties further agree that the intervening three weeks may be excluded from the

24  time within which an indictment shall be filed, as the reasonable time necessary for effective

25  defense preparation under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

26

Stipulation and [Proposed] Order Continuing
Hearing                              1

1   Dated: March 12, 2007

2                                                    s/_____
                                                     CYNTHIA C. LIE
3                                                    Assistant Federal Public Defender

4   Dated: March 12, 2007

5                                                    s/_____
                                                     JOKAELLE PORTER
6                                                    Defendant

7   Dated: March 13, 2007

8                                                    s/_____
                                                     THOMAS M. O'CONNELL
9                                                    Assistant United States Attorney

10
                                    **[PROPOSED] ORDER**
11

12          Good cause appearing and by stipulation of the parties, it is hereby ordered that the date

    set for preliminary hearing and/or arraignment in the above-captioned matter shall be continued
13
    from Thursday, March 15, 2007 to Thursday, April 5, 2007 at 9:30 a.m.
14
            It is further ordered that 21 days shall be excluded from the time within which an
15
    indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for
16
    effective preparation of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).
17

18  Dated: March ___, 2007

19                                                   _____
                                                     PATRICIA V. TRUMBULL
20                                                   United States Magistrate Judge

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                      2