1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>          Plaintiff,                  )<br>                                      )<br> vs.                                  )<br>                                      )<br> JOKAELLE PORTER,                     )<br>                                      )<br>          Defendant.                  )<br> _____ ) | No. CR-07-70081 PVT<br><br>STIPULATION, WAIVER AND<br>[PROPOSED] ORDER CONTINUING<br>PRELIMINARY HEARING AND<br>EXCLUDING TIME FOR INDICTMENT |

**STIPULATION AND WAIVER**

The parties hereby stipulate and agree that the date currently set for preliminary hearing and/or arraignment may be continued for three weeks from April 5, 2007, to April 26, 2007 at 9:30 a.m. Mr. Porter, by his signature below, further consents to extend by three weeks the time for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.  The purpose of the requested continuance is to permit the defense to continue its investigation into the circumstances of the alleged offense and to facilitate the parties' efforts to reach a pre-indictment resolution.  The parties further agree that the intervening three weeks may be excluded from the time within which an indictment shall be filed, as the reasonable time necessary for effective defense preparation under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing                                                              1

1  Dated: March 28, 2007

2                                          s/_____
                                           CYNTHIA C. LIE
3                                          Assistant Federal Public Defender

4  Dated: April 2, 2007

5                                          s/_____
                                           JOKAELLE PORTER
6                                          Defendant

7  Dated: March 29, 2007

8                                          s/_____
                                           THOMAS M. O'CONNELL
9                                          Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date set for preliminary hearing and/or arraignment in the above-captioned matter shall be continued from Thursday, April 5, 2007 to Thursday, April 26, 2007 at 9:30 a.m.

It is further ordered that 21 days shall be excluded from the time within which an indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: April ___, 2007

                                           _____
                                           RICHARD SEEBORG
                                           United States Magistrate Judge