1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant PORTER

**FILED**

MAY 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-70081 PVT |
|---|---|
| Plaintiff, | ) STIPULATION, WAIVER AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME FOR INDICTMENT |
| vs. | |
| JOKAELLE PORTER, | |
| Defendant. | |

### STIPULATION AND WAIVER

The parties hereby stipulate and agree that the date currently set for preliminary hearing and/or arraignment may be continued for three weeks from May 17, 2007 to June 7, 2007 at 9:30 a.m. Mr. Porter, by his signature below, further consents to extend by three weeks the time for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure. The purpose of the requested continuance is to facilitate the parties' efforts to reach a pre-indictment resolution. The parties further agree that the intervening three weeks may be excluded from the time within which an indictment shall be filed, as the reasonable time necessary for effective preparation under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing                                                   1

1  Dated: May 10, 2007

2  s/
   CYNTHIA C. LIE
3  Assistant Federal Public Defender

4  Dated: May 10, 2007

5  s/
   JOKAELLE PORTER
6  Defendant

7  Dated: May 2, 2007

8  s/
   THOMAS M. O'CONNELL
9  Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date set for preliminary hearing and/or arraignment in the above-captioned matter shall be continued from Thursday, May 17, 2007 to Thursday, June 7, 2007 at 9:30 a.m.

It is further ordered that 21 days shall be excluded from the time within which an indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: May 17, 2007

HOWARD R. LLOYD
United States Magistrate Judge

Stipulation and [Proposed] Order Continuing Hearing          2