SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

Attorney for Plaintiff

**FILED**
2007 JUN -7 A 9: 08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOAKELLE PORTER,<br><br>    Defendant. | CR No. 07 00362 JF<br><br>VIOLATIONS: 21 U.S.C. § 844(a) – Possession of Controlled Substance; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) – Criminal Forfeiture |

## I N F O R M A T I O N

The United States Attorney charges that:

<u>COUNT ONE</u>: (21 U.S.C. § 844(a))

On or about January 29, 2007, in the Northern District of California, the defendant,

                        JOAKELLE PORTER,

did knowingly and intentionally possess in excess of 5 grams of a mixture and substance containing cocaine base in the form of "crack," in violation of Title 21, United States Code, Section 844(a).

//
//
//

**INFORMATION**

1

COUNT TWO: (18 U.S.C. § 922(G)(1))

On or about January 29, 2007, in the Northern District of California, the defendant,

JOAKELLE PORTER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Walther PPK 9mm semi-automatic pistol, serial # 021798, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: (18 U.S.C. § 924 (d)(1))

1. The factual allegations contained in Count Two of this Information are realleged and incorporated as if fully set forth here.

2. Upon a conviction for the offense alleged in Count Two above, the defendant,

JOAKELLE PORTER,

shall forfeit to the United States any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to the following property: a Walther PPK 9mm semi-automatic pistol, serial # 021798.

All in violation of Title 18, United States Code, Section 924(d)(1).

DATED: June 6, 2007

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch

(Approved as to form: _____ )
AUSA O'Connell

INFORMATION

2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

## OFFENSE CHARGED

COUNT ONE: 21 U.S.C. § 844(a) - Possession of Controlled Substance.
COUNT TWO: 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
10 year term of imprisonment
$250,000 fine
3 years period of supervised release
$100 mandatory special assessment

**DEFENDANT - U.S.**

► JOAKELLE PORTER

2007 JUN -7 A 9 10

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**CR 07 00362 JF**

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Dennis Larko-A.T.F.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools ~~KEVIN V. RYAN~~
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): THOMAS M. O'CONNELL

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: