AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF California

FILED
JUN 7 2007

UNITED STATES OF AMERICA
V.

Jokaelle Porter

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-00362 JF

I, ~~[struck out]~~ Jokaelle Porter, the above named defendant, who is accused of

18 USC §922(g) Felon in Possession of Firearm
21 USC §844(a) Possession of Controlled Substance

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 7, 2007 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer