1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PORTER

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           )   No. CR-07-00362 JF
                                       )
11              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING HEARING AND
12 vs.                                 )   EXCLUDING TIME FOR TRIAL
                                       )
13 JOKAELLE PORTER,                    )
                                       )
14              Defendant.             )
   _____)
15
                              **STIPULATION**
16
        The parties hereby stipulate and request that the status hearing in the above-captioned
17
   case may be continued for two weeks from Wednesday, June 27, 2007 to Thursday, July 12,
18
   2007 at 9:00 a.m.  The reason for the requested continuance is that the parties have reached a
19
   tentative settlement but require additional time to finalize the written plea agreement.  The
20
   parties further stipulate that the intervening 14 days may be excluded from the time within which
21
   trial shall commence, as the reasonable time necessary for effective preparation under 18 U.S.C.
22
   §3161(h)(8)(A) and (B)(iv).
23

24 Dated: June 25, 2007

25                                         s/_____
                                           CYNTHIA C. LIE
26                                         Assistant Federal Public Defender

   Stipulation and [Proposed] Order Continuing
   Hearing                                 1

1

Dated: June 26, 2007

2

                                    s/_____

3

                                    THOMAS M. O'CONNELL
Assistant United States Attorney

4

5

**[PROPOSED] ORDER**

6

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Wednesday June 27, 2007 to Thursday, July 12, 2007 at 9:30 a.m.

    It is further ordered that 15 days shall be excluded from the time within which an indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: June \_\_\_, 2007

                                  _____
                                  JEREMY FOGEL
United States District Judge