UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, July 12, 2007
**Case Number:** CR-07-00362-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**   **UNITED STATES OF AMERICA V. JOAKELLE PORTER**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Joakelle Porter |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Nick Humy |

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present.
Continued to 8/29/07 at 9:00 a.m. for further status review.
41 days are excluded for the reasons stated.