1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PORTER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )  No. CR 07-00362 JF
                                    )
12              Plaintiff,          )  **STIPULATION TO CONTINUE**
   v.                               )  **STATUS DATE; [PROPOSED] ORDER**
13                                  )
   JOAKELLE PORTER,                 )
14                                  )
                Defendant.          )
15 _____)

16     Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the status hearing date in the above-captioned matter, presently

18 scheduled for Wednesday, September 05, 2007, at 9:00 a.m., be continued to Wednesday,

19 September 12, 2007, at 9:00 a.m.  The continuance is requested because defense counsel has

20 become unavailable on September 05, 2007.

21     The parties further agree and stipulate that time should be excluded from September 05,

22 2007 through and including September 12, 2007 pursuant to Speedy Trial Act, 18 U.S.C.

23 §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

24 the requested exclusion of time will serve the interest of justice and outweigh the interest of the

25 public and defendant in a speedy trial.

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00362 JF                                 1

1  Dated: 09/04/07                                          _____/s/_____
2                                                           NICHOLAS P. HUMY
                                                            Assistant Federal Public Defender

3  Dated: 09/04/07                                          _____/s/_____
                                                            TOM O'CONNELL
4                                                           Assistant United States Attorney

5

6                                          **ORDER**

7       The parties have jointly requested a continuance of the status hearing set for September

8  05, 2007 due to the unavailability of defense counsel.

9       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

10 presently set for September 05, 2007 be continued to September 12, 2007 at 9:00a.m. as well as

11 the period of delay from September 05, 2007, to and including September 12, 2007, be excluded

12 for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections

13 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

14

15
   Dated:                                                   _____
16                                                          JUDGE FOGEL
                                                            United States District Judge
17

18

19

20

21

22

23

24

25

26