**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, September 12, 2007
**Case Number:** CR-07-00362-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**     **UNITED STATES OF AMERICA V. JOAKELLE PORTER**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Joakelle Porter |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Jay Rorty |

---

PROCEEDINGS:
    Disposition hearing held. Counsel and defendant are present.
    Defendant pleads guilty to counts 1 and 2 of the Information. Continued to 11/28/07 at 9:00 a.m. for judgment and sentencing.