1 BARRY J. PORTMAN
Federal Public Defender
2 NICHOLAS P. HUMY
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant PORTER

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,            )   No. CR 07-00362 JF
                                        )
12              Plaintiff,              )   **STIPULATION TO CONTINUE**
   v.                                   )   **SENTENCING DATE; [PROPOSED]**
13                                      )   **ORDER**
   JOAKELLE PORTER,                     )
14                                      )
                Defendant.              )
15 _____)

16                                    **STIPULATION**

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the sentencing hearing date in the above-captioned matter,

19 presently scheduled for Wednesday, November 28, 2007, at 9:00 a.m., be continued to

20 Wednesday, December 05, 2007, at 9:00 a.m. The continuance is requested because defense

21 counsel has become unavailable on November 28, 2007.

22

23 Dated: 11/14/07                              _____/s/_____
                                                NICHOLAS P. HUMY
24                                              Assistant Federal Public Defender

25 Dated: 11/15/07                              _____/s/_____
                                                TOM O'CONNELL
26                                              Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00362 JF                          1

1
2
3   **ORDER**

4   The parties have jointly requested a continuance of the sentencing hearing set for
November 28, 2007 due to the unavailability of defense counsel.
5
6   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
presently set for November 28, 2007 be continued to Wednesday, December 05, 2007 at 9:00a.m.
7
8
9   Dated:                                              _____
                                                        JUDGE FOGEL
10                                                      United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING HEARING
No. CR 07-00362 JF                              2