*efiled 11/19/07

1    BARRY J. PORTMAN
     Federal Public Defender
2    NICHOLAS P. HUMY
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant PORTER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,          )    No. CR 07-00362 JF
                                        )
12                  Plaintiff,          )    **STIPULATION TO CONTINUE**
     v.                                 )    **SENTENCING DATE; [PROPOSED]**
13                                      )    **ORDER**
     JOAKELLE PORTER,                   )
14                                      )
                    Defendant.          )
15   _____)

16                              **STIPULATION**

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the sentencing hearing date in the above-captioned matter,

19   presently scheduled for Wednesday, November 28, 2007, at 9:00 a.m., be continued to

20   Wednesday, December 05, 2007, at 9:00 a.m.  The continuance is requested because defense

21   counsel has become unavailable on November 28, 2007.

22

23   Dated: 11/14/07                     _____/s/_____
                                         NICHOLAS P. HUMY
24                                       Assistant Federal Public Defender

25   Dated: 11/15/07                     _____/s/_____
                                         TOM O'CONNELL
26                                       Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00362 JF                    1

1

2

3

## **ORDER**

The parties have jointly requested a continuance of the sentencing hearing set for

November 28, 2007 due to the unavailability of defense counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

presently set for November 28, 2007 be continued to Wednesday, December 05, 2007 at 9:00a.m.

Dated: 11/19/07

_____
JUDGE FOGEL
United States District Judge