UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing, December 19, 2007
**Case Number:** CR-07-00362-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     UNITED STATES OF AMERICA V. JOAKELLE PORTER

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Joakelle Porter |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Nick Humy |

---

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel, Probation Officer Brian Casai and defendant are present. Continued to 1/8/08 at 2:30 p.m. for sentencing.