UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing, January 8, 2008
**Case Number:** CR-07-00362-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. JOAKELLE PORTER**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Joakelle Porter |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Nick Humy |

PROCEEDINGS:
   Judgment and sentencing hearing held. Counsel, Probation Officer Brian Casai and defendant are present. Defendant is sentenced to 60 months prison on counts 1 and 2 of the Indictment, to be served concurrent to each other; 3 years supervised release; and $200.00 special assessment.