BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>            Plaintiff,                        )<br>                                                     )<br>vs.                                                )<br>                                                     )<br>JOAKELLE PORTER,                    )<br>                                                     )<br>            Defendant.                    )<br>_____) | No. CR-07-00362 JF<br><br>MOTION TO WITHDRAW AS COUNSEL;<br>MOTION FOR APPOINTED COUNSEL;<br>DECLARATION OF COUNSEL<br><br>Hon. Jeremy Fogel |

The Office of the Federal Public Defender hereby moves to withdraw as counsel in this matter.  The reason for this request is that a conflict has developed since Mr. Porter was sentenced on January 8, 2008.

On September 12, 2007, Mr. Porter pled guilty to an Information charging him with possession of cocaine base, and with being a felon in possession of a firearm, in violation of Title 21 § 844(a) and Title 18 § 922(g)(1).  The plea was by Plea Agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, whereby the parties agreed to a sentence of 5 years, the mandatory minimum (given the weight of the cocaine base) for the violation of the Title 21 § 844.  The Plea Agreement had a provision that Mr. Porter waived his appellate rights.

On January 8, 2008, Mr. Porter was sentenced to 5 years in the custody of the Federal

MOTION TO WITHDRAW                                1

1  Bureau of Prisons.

2  On January 17, 2008, undersigned counsel met with Mr. Porter at the Santa Clara County
3  Main Jail.  Mr. Porter informed counsel that he wanted to file an appeal.  Counsel informed Mr.
4  Porter that his filing of a Notice to Appeal would create a conflict with the Office of the Federal
5  Defender, and that he would need new counsel if he were to be represented.  Mr. Porter said that
6  he understood.

7  The Federal Public Defender hereby moves to withdraw based on the facts asserted
8  above, and on behalf of Mr. Porter moves for appointment of new counsel in this matter.

9  I, Nicholas peter Humy, am an Assistant Federal Public Defender, assigned to handle this
10  matter.  By signing and filing this motion, I declare under penalty of perjury that the facts
11  asserted in support of this motion are true and correct.

12

13  Executed on this 18th day of January, 2008, in the Northern District of California.

17  Dated: January 18, 2008

18                                                  Respectfully submitted,

19                                                  BARRY J. PORTMAN
                                                Federal Public Defender

21                                                  _____/s/_____
                                                NICHOLAS PETER HUMY
22                                                  Assistant Federal Public Defender

MOTION TO WITHDRAW                     2