BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara St., Ste. 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00362 JF |
| Plaintiff, | [PROPOSED] ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTMENT OF CJA COUNSEL FOR PURPOSES OF DEFENDANT'S APPEAL |
| vs. | |
| JOAKELLE PORTER, | |
| Defendant. | |

Upon application of the defendant, and good cause appearing, it is hereby ORDERED that the Federal Public Defender, Northern District of California, is hereby relieved as counsel of record for purposes of the defendant's appeal. It is further ordered that the Federal Public Defender will submit to the court the name of a member of the CJA panel to be appointed as Mr. Porter's appellate counsel.

IT IS SO ORDERED.

Date: January 18, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

- 1 -